NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
Christopher Q. Pham, SBN: 206697
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Tel. No.: (818) 888-7540, Fax: (818) 888-7544

FILED
13 MAR 20 PM 2:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

ATTORNEYS FOR: Plaintiff OTTER PRODUCTS, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

Plaintiff(s),

v.

JAMSHED SYED, an Individual; and DOES 1-10, Inclusive,

Defendant(s)

CASE NUMBER:

CV13-02016 RGK (JCx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff OTTER PRODUCTS, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| 1. Otter Products, LLC, a Colorado Limited Liability Company | 1. Plaintiff |
| 2. Jamshed Syed, an Individual | 2. Defendant |

March 15, 2013
Date

Sign

Christopher Q. Pham, Esq.
Attorney of record for or party appearing in pro per