NOTE: CHANGES MADE BY THE COURT

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMSHED SYED, an Individual; and DOES 1-10, Inclusive,<br><br>          Defendants. | Case No.:  CV13-02016 RGK (JCx)<br><br>[~~PROPOSED~~] **PERMANENT INJUNCTION ORDER AGAINST DEFENDANT JAMSHED SYED AND DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE** *FEDERAL RULES OF CIVIL PROCEDURE* |

Having reviewed the Stipulation for the Issuance of Permanent Injunction entered into between Plaintiff OTTER PRODUCTS, LLC ("Plaintiff") and Defendant JAMSHED SYED ("Defendant"), and good cause appearing, the Court hereby finds as follows:

     1.     **FOR PURPOSES OF THIS ACTION,** Plaintiff is the owner of numerous trademarks which it uses in connection with the manufacture, distribution, sale and promotion of a wide range of products, including high-quality protective cases, peripherals and accessories for portable electronic

devices and computers. Plaintiff owns all rights in and to a family of federally registered trademarks which include the following, among others (collectively, "Plaintiff's Registered Marks"):

| Trademark | Reg. No. | Reg. Date |
|---|---|---|
| OTTER BOX | 2287619 | October 19, 1999 |
| [DESIGN MARK] | 3791318 | May 18, 2010 |
| OTTER BOX | 3788535 | May 11, 2010 |
| OTTERBOX | 3788534 | May 11, 2010 |
| WE'VE GOT TECHNOLOGY COVERED | 3865367 | October 19, 2010 |
| DEFENDER SERIES | 3623789 | May 19, 2009 |
| STRENGTH | 4079672 | January 3, 2012 |
| COMMUTER SERIES | 3963182 | May 17, 2011 |
| COMMUTER | 3791317 | May 18, 2010 |
| IMPACT SERIES | 3795187 | March 10, 2010 |
| REFLEX ZONE | 4111433 | March 13, 2012 |
| REFLEX SERIES | 3972039 | May 31, 2011 |
| UTILITY SERIES | 4064940 | November 29, 2011 |
| ARMOR SERIES | 3632231 | June 2, 2009 |
| PINK IS STRENGTH! | 4053182 | November 8, 2011 |
| OTTERCARES | 4101071 | February 21, 2012 |
| [DESIGN MARK] | 4116998 | March 27, 2012 |

2.  Plaintiff also has numerous pending trademarks with the United States Patent and Trademark Office. The serial numbers of Plaintiff's pending trademarks are as follows: 85416877; 85456430; 85458259; 85462689; 85483745; 85505980; 85576166; 85531307; 85505993; 85505986; 85505999; 85428337; 85288182; 85288187 and 85342514.

3.  On March 20, 2013, Plaintiff filed its Complaint in this Civil Action

1  No. Civil Action No. CV13-02016 RGK (JCx) against Defendant, alleging causes
2  of action under §32(1) of the Lanham Act (15 U.S.C. §1114(1)) for infringement
3  of federally registered trademarks, under §43(c) of the Lanham Act (15 U.S.C.
4  1125(c)) and California Business & Professions Code § 14247 for dilution of
5  federally registered and common law trademarks, under §43(a) of the Lanham Act
6  (15 U.S.C. §1125(a)) for unfair competition, and under the statutory and common
7  law of the State of California to enjoin Defendant's current and prospective
8  infringement and dilution of the Plaintiff's Marks and unfair competition, and to
9  recover monetary damages resulting from those actions.

10      4.    Plaintiff served the summons and Complaint on Defendant on April 6,
11  2013.

12      5.    Plaintiff alleged that Defendant sold counterfeit OTTERBOX®
13  products on eBay.com, seller ID "cougarcell".

14      6.    The parties expressly waive any findings of fact, conclusions of law,
15  statement of decision and any right to notice or right to be heard in any matter in
16  connection with or arising out of the filing, rendition or entry of the Permanent
17  Injunction Order on this Stipulation for Entry of Permanent Injunction.

18      NOW THEREFORE, IT IS HEREBY ORDERED THAT Defendant and his
19  agents, employees, officers, directors, owners, attorneys, representatives, successor
20  companies, related companies, and all persona acting in concert or participation
21  with him, and each of them, are, through the final disposition of this action,
22  PERMANENT ENJOINED from:

23      a.    The import, export, making, manufacture, reproduction, assembly, use,
24  acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution,
25  shipment, licensing, development, display, delivery, marketing, advertising or
26  promotion of the counterfeit OTTERBOX® product identified in the Complaint
27  and any other unauthorized OTTERBOX® product (including any non-genuine
28  reproduction, counterfeit, copy or colorable imitation thereof).

1  b. The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising or promotion of any product which infringes or dilutes any of Plaintiff's Marks, trade name and/or trade dress including, but not limited to, any of Plaintiff's Marks at issue in this action.10. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

7. The Court deems this Permanent Injunction to have been served upon Defendant at the time of its execution by the Court.

8. The Court finds there is no just reason for delay in entering this Permanent Injunction and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

**IT IS SO ORDERED.**

Also, having reviewed the Stipulation for Dismissal pursuant to 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure* entered into between Plaintiff and Defendant, and good cause appearing, the Court hereby orders as follows:

9. Plaintiff's claims against Defendant be dismissed, in their entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure.*

10. Plaintiff and Defendant are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 22, 2013    _____

Hon. R. Gary Klausner
United States District Court Judge